NUMBER 13-02-191-CV

 

                             COURT OF APPEALS

 

                   THIRTEENTH DISTRICT OF TEXAS

 

                                CORPUS CHRISTI

____________________________________________________________________

 

RENAL CARE GROUP TEXAS, INC.,                                        Appellant,

 

                                                   v.

 

SANDRA
LLANOS, ET AL.,                                                    Appellees.

____________________________________________________________________

 

                        On appeal from the 370th District Court

                                  of Hidalgo County, Texas.

____________________________________________________________________

 

                          MEMORANDUM OPINION

 

                        Before Justices
Yañez, Castillo, and Garza

Opinion
Per Curiam

 








Appellant, RENAL
CARE GROUP TEXAS, INC.,
perfected an appeal from a judgment entered by the 370th
District Court of Hidalgo County, Texas, in cause number C-5663-99-G.  After the
record and briefs were filed and after the cause was set for submission,
appellant filed a motion to dismiss the appeal. 
In the motion, appellant states that the parties have settled their
dispute.  Appellant requests that this
Court dismiss the appeal.

The Court, having
considered the documents on file and appellant=s motion to dismiss the appeal, is of the opinion
that the motion should be granted. 
Appellant=s motion to dismiss is
granted, and the appeal is hereby DISMISSED.

PER CURIAM

 

Opinion delivered and filed this

the 23rd day of January, 2003.